IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY MCCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-00070 |
| | ) |
| PLATEAU PEDIATRICS, PLC, | ) Chief Judge Waverly D. Crenshaw, Jr. |
| DOES 1-5, | ) Magistrate Judge Alastair Newbern |
| | ) |
| Defendants. | ) |

## JOINT NOTICE OF COMPROMISE

COME NOW the Parties and give notice that they have reached a compromise in this case and are presently finalizing the terms of their agreement. A Notice of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41 will be filed within the next 30 days.

Dated this 8th day of January, 2025.

*/s/ Mark E. Stamelos*
Mark E. Stamelos (TN 021021)
Meredith A. Box (TN 039019)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com
mbox@fordharrison.com
*Counsel for Defendant*

*/s/ Jonathon Cherne (signed with permission)*
Jonathon Cherne
Cherne Law, P.C.
PO Box 305
Lynchburg, TN 37352
(615) 714-7149
jcherne@chernelaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system to the below on this the 8th day of January, 2025.

Jonathon Cherne
Cherne Law, P.C.
PO Box 305
Lynchburg, TN 37352
(615) 714-7149
jcherne@chernelaw.com

*Counsel for Plaintiff*

                                                              s/ *Mark E. Stamelos*
                                                              Mark E. Stamelos