UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TAMMY MCCOY,<br><br>    Plaintiff,<br>v.<br><br>PLATEAU PEDIATRICS, PLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00070<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The parties have notified the Court that they have reached a resolution of all claims in this matter (Doc. No. 37). The parties are ORDERED to make the necessary filings to terminate the resolved claims by February 10, 2025.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge