# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TAMMY MCCOY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00070 |
| PLATEAU PEDIATRICS, PLC, DOES 1-5, | ) Chief Judge Waverly D. Crenshaw, Jr. <br> ) Magistrate Judge Alastair Newbern |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal with prejudice of all claims of the Plaintiff in the above-captioned proceeding. Pursuant to this Stipulation, this action is hereby dismissed with prejudice in its entirety, and each party shall bear their own costs and fees.

Respectfully submitted,

*/s/ Mark E. Stamelos*
Mark E. Stamelos (TN 021021)
Meredith A. Box (TN 039019)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com
mbox@fordharrison.com

*Counsel for Defendant*

*/s/ Jonathon Cherne (signed with permission)*
Jonathon Cherne
Cherne Law, P.C.
PO Box 305
Lynchburg, TN 37352
(615) 714-7149
jcherne@chernelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system to the below on this the 22nd day of January, 2025.

Jonathon Cherne
Cherne Law, P.C.
PO Box 305
Lynchburg, TN 37352
(615) 714-7149
jcherne@chernelaw.com

*Counsel for Plaintiff*

s/ *Mark E. Stamelos*
Mark E. Stamelos