UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY MCCOY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   NO. 2:23-cv-00070 |
| | ) |
| PLATEAU PEDIATRICS, PLC, | ) |
| DOES 1-5, | ) |
| | ) |
|    Defendant. | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 39). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE